UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 09-54834-TJT
JOHN H. FOUNTAIN  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JOHN H. FOUNTAIN<br>675 SEWARD<br>APT.410<br>DETROIT, MI 48202-0000<br>SSN: XXX-XX-1650 | N/A | N/A | DEBTOR REFUND | 1311014 | 10/29/10 | $ 333.49 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930       1311014
DETROIT, MICHIGAN 48231-1930

0954834  00000  07414  1311014
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/29/2010                                                                              Check No: 1311014
Payee: CLERK OF US BANKRUPTCY COURT

| 0954834 | JOHN H. FOUNTAIN | | | 333.49 | 0.00 | 333.49 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY          OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT        64-79      CHECK NO. 1311014
    TRUSTEE                     P.O. BOX 31-1930                           611
                              Detroit, MI 48231-1930                                  SunTrust Bank
                              (313)967-9857 FAX

FOR   JOHN H. FOUNTAIN                                                        DATE  Oct 29, 2010
      BK:0954834  ACCT:                                                              AMOUNT
      PRIN:    333.49   INT:        0.00
                                                                                ********333.49
PAY  **333.49**
                                                                THIS IS A POSITIVE PAY ACCOUNT
Three Hundred Thirty-Three And 49 / 100 Dollars                        TRUST ACCOUNT

TO    CLERK OF US BANKRUPTCY COURT                                       VOID OVER $333.49
THE   % DAVID BOICE/ UNCLAIMED                                        VOID 90 DAYS AFTER DATE
ORDER 211 W FORT ST
OF    DETROIT, MI 48226
                                                                        *Tammy L. Terry*
                                                                         Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                    CASE NO. 09-54834-TJT
JOHN H. FOUNTAIN                                     CHAPTER 13 PROCEEDINGS
                                                     HON. THOMAS J. TUCKER

_____Debtor_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**ACCLAIM LEGAL SERVICES**
**26200 LAHSER ROAD**
**SUITE 330**
**SOUTHFIELD, MI 48033**

**Last Known Address for Debtor:**

**JOHN H. FOUNTAIN**
**675 SEWARD**
**APT.410**
**DETROIT, MI 48202**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226